JUSTICE TRIEWEILER
specially concurring.
I concur with the result of the majority opinion. I do not agree with all that is said therein.
Specifically, I do not agree that the District Court’s “analysis and application of the law was correct.”
Section 27-2-401, MCA, tolls the statutes of limitation which apply to the commencement of actions. Commencement of an action implies formal filing in a court of law. As defined in Blacks Law Dictionary, an action is “[t]he legal and formal demand of one’s right from another person or party made and insisted on in a court of justice.” Blacks Law Dictionary 46 (4th ed. 1968).
In this case, the petitioner failed to file a timely creditor’s claim with the personal representative of the estate. Had he done so, I conclude that the time within which he could have filed his claim in District Court would have been tolled by Section 27-2-401, MCA. However, the tolling statute does not pertain to claims against estates. Therefore, I concur in the majority’s opinion which affirms the judgment of the District Court.